UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE M. HARVEY, | ) | No. EDCV 05-1091 AHS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES, et al., | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the action is dismissed in its entirety without leave to amend.

DATED: MAY - 1 2009

ALICEMARIE H. STOTLER
United States District Judge